**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **RAVEN LICENSING LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**DISTECH CONTROLS USA, INC.,**<br><br>    Defendant. | No. 1:19-cv-417-LPS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Raven Licensing LLC and Defendant Distech Controls USA, Inc., through the undersigned counsel, file this stipulation of dismissal with prejudice of all claims asserted against Defendant. Each party agrees that it shall bear its own attorneys' fees, costs, and expenses.

Dated: May 14, 2019

*/s/ Timothy Devlin*
Timothy Devlin
Delaware Bar No. 4241
DEVLIN LAW FIRM LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

*Counsel for Plaintiff
Raven Licensing LLC*

Respectfully Submitted,

*/s/ Kenneth Laurence Dorsney*
Kenneth Laurence Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888- 6855
Fax: (302) 571-1750
kdorsney@morrisjames.com

*Counsel for Defendant
Distech Controls USA, Inc.*

- 2 -

SO ORDERED this ____ day of May, 2018.

                                                                          _____
                                                                          U.S. District Court Judge